Daniel Remer (CSB # 83702/dan@danielremer.com)
TECHNOLOGY LICENSING COMPANY, INC.
33 1/2 Los Pinos
Nicasio, CA 94946
Tel: (614) 785-1189
Fax: (614) 792-5536

Attorneys for Plaintiff
Technology Licensing Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZENITH ELECTRONICS CORPORATION, <br><br> Defendant. | Case No. C05-3682 (PJH) <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE**; AND ORDER |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and agreement of the parties, Plaintiff Technology Licensing Company, Inc., hereby dismisses without prejudice its complaint against Defendant Zenith Electronics Corporation.  Each side is to bear its own attorneys' fees and costs.

Dated:  November 11, 2005         TECHNOLOGY LICENSING COMPANY, INC.

                                                         By:  S/_____
                                                                 Daniel Remer

                                                         Attorneys for Defendant
                                                         TECHNOLOGY LICENSING COMPANY, INC.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

50311552.doc